UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, COLUMBIA RIVERKEEPER, CONSERVATION LAW FOUNDATION, CONSERVATION NORTHWEST, FRIENDS OF THE WILD SWAN, OREGON WILD, SIERRA CLUB, SWAN VIEW COALITION, and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS BURGUM et al.,<br><br>Defendants. | CASE NO. 2:26-cv-02474-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) This case is hereby transferred to the Honorable Tiffany M. Cartwright, as related to Case No. 2:26-cv-02473-TMC. All future documents filed in this case must bear cause numbers ending in "TMC" and must bear the new Judge's name in the upper right-hand corner of the document.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 20th day of July, 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk